RECORD OF MAGISTRATE'S PROCEEDINGS

UNITED STATES OF AMERICA
vs
Thomas Whitten

MAGISTRATE'S DOCKET #:
DATE OF COMPLAINT:
CRIMINAL DOCKET NUMBER: 20-18
DATE OF INDICTMENT: 1/16/20
STATUTE: 18:371 & 18:1347   21:846 & 21:846

DATE ARRESTED: 1/30/20

## INITIAL APPEARANCE

Before Magistrate: [X] DODGE    ☐ LENIHAN   ☐ EDDY   ☐ LANZILLO   ☐ KELLY   ☐ PESTO

Date: 1/30/20
Time: 4:19 pm - 4:33
Tape Index: 4:19

U.S. ATTORNEY: Karen Gal-Or & Cindy Chung

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   ☐ Read   [X] Summarized   [X] Reading waived
   [X] Defendant provided with a copy of the charges
   ☐ Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   ☐ Read   [X] Summarized   ☐ Reading waived

4. COUNSEL
   ☐ Defendant requested appointment   ☐ Defendant waived appointment
   ☐ Defendant represented by:
   [X] Defendant expects to retain: Patrick Thomassey
   ☐ Affidavit executed.
   ☐ Not Qualified   ☐ Qualified   ☐ with possible requirement for partial or full payment
   ☐ Federal Public Defender appointed
   ☐ CJA Panel Attorney _____ appointed

5. BAIL
   Recommended Bond: Government is not seeking detention
   Bond Set at: Conditions of Release $25,000
   ☐ By Consent   [X] Additional Conditions Imposed: See Order setting Conditions of Release
   ☐ By Magistrate
   ☐ Bond Posted
   ☐ Temporary Commitment issued   ☐ Final Commitment issued
   Bond Review Hearing Set For:
   Detention Hearing Set For: n/a

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

   ~~Preliminary Exam/Rule 40~~/Arraignment ~~set for~~: held: 1/30    Before Magistrate Dodge

ADDITIONAL COMMENTS: