IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )   Cr. No. 20-18
) District Judge Stickman
vs )   Magistrate Judge Dodge
)
Thomas Whitten )
)
)

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Time: 4:19 - 4:33 pm

Defense Counsel: Patrick Thomassey
Government: Cindy Chung & Karen Gal-Or

1. Date of Arraignment: 1/30/20
2. Defendant is: _____ incarcerated.
   __X__ on bond.
3. Defendant entered a plea of NOT GUILTY.
4. The parties were advised that all pretrial motions must filed within fourteen (14) days.
5. A Rule 16 conference: _____ has been held.
   __X__ has not been held.
6. Discovery is _____ completed __X__ not completed.
7. Defendant has requested to be tried by: __X__ Jury
   _____ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   _____ has not been scheduled for trial.
   __X__ has not been scheduled for trial, but will be notified.
9. Estimated trial length: 1 wk / 3 days
10. Defendant: __X__ has been processed by U.S. Marshal.
    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

_Patrick Dodge_
United States Magistrate Judge