IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-18 |
| THOMAS WHITTEN | [UNDER SEAL] |

## ARRAIGNMENT PLEA

Defendant THOMAS WHITTEN

being arraigned, pleads __NOT GUILTY__

in open Court this __30th__ day of

__January__, 20 __20__

_____
(Defendant's Signature)

_____
(Attorney for Defendant)